1  THOMAS E. WINNER
   Nevada Bar No. 5168
2  MATTHEW J. DOUGLAS
   Nevada Bar No. 11371
3  ATKIN WINNER & SHERROD
   1117 South Rancho Drive
4  Las Vegas, Nevada 89102
   Phone (702) 243-7000
5  Facsimile (702) 243-7059
   Attorneys for Defendant,
6  American Family Mutual Insurance Company

7              UNITED STATES DISTRICT COURT

8                  DISTRICT OF NEVADA

| | |
|---|---|
| NOVELLA WELLINGTON, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation; DOES I through X, and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO.: 2:10-cv-00757-GMN-RJJ<br><br>**ARBITRATION AGREEMENT** |

### STIPULATION TO SUBMIT TO PRIVATE BINDING ARBITRATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, NOVELLA WELLINGTON, and Defendant AMERICAN FAMILY MUTUAL INSURANCE COMPANY, that the above-captioned personal injury and underinsured motorist claim of Plaintiff be submitted to Private Binding Arbitration.

1. IT IS STIPULATED AND AGREED that the aforenoted claim will be submitted to Joseph Bongiovi, who shall serve as Arbitrator and that save and except for the provisions set forth in paragraph Six (6) of this agreement, the Defendant shall pay the Arbitrator's fees and costs, the the Plaintiff may seek any damages allowed her under Nevada law.

2. IT IS FURTHER STIPULATED AND AGREED that none of the parties shall advise



RECEIVED
JUL 29 2010
ATKIN WINNER & SHERROD

the Arbitrator of any of the involved insurance coverages, offsets, "Caps", "Lows" and/or coverage limits.

3. IT IS FURTHER STIPULATED AND AGREED that the terms of this arbitration shall incorporate a minimum "Low" of $0.00 and a $100,000.00 "Cap" with respect to Plaintiff's underinsured motorist claims against AMERICAN FAMILY, said "Cap" representing Plaintiff's underinsured motorist limits for one occurrences of $100,000.00 for one person.

4. IT IS FURTHER STIPULATED AND AGREED that none of the parties shall reveal to the Arbitrator the "Caps" and/or offsets set forth above or any of the arbitration terms until after the Arbitration Award is made.

5. IT IS FURTHER STIPULATED AND AGREED that if any party breaches the confidentiality requirements relative to (1) the amount of offsets, (2) the range of award that the parties have agreed upon, or (3) the amount of insurance coverage applicable to this claim, any of the other parties may request an arbitration hearing de novo with a different arbitrator.

6. IT IS FURTHER STIPULATED AND AGREED that only those documents produced prior to the Arbitration Hearing may be introduced as evidence at the time of the Arbitration Hearing, including, but not limited to, medical records, billing records, wage loss documentation, affidavits and deposition testimony. Further, that any documents or witnesses not previously disclosed shall be produced and disclosed no later than 20 days prior to the Arbitration Hearing. If any new documents or witnesses are disclosed by one party, the other party may have 10 days in which to identify rebuttal witnesses/documents.

7. IT IS FURTHER STIPULATED AND AGREED that at the arbitration hearing, all parties may be heard and the parties may present testimony by deposition, in person, by affidavit or telephonically, from witnesses timely produced pursuant to the terms of this agreement and having knowledge of or testimony concerning the facts of the incident giving rise to the instant

claim or alleged damages. No witnesses/documents may be referenced or entered into evidence at the Arbitration Hearing unless timely produced pursuant to the terms of this Stipulation. Further, should any new witnesses and/or documents be disclosed, the other party may take the depositions related to said witnesses or documents.

8. IT IS FURTHER STIPULATED AND AGREED that the parties may propound any type of discovery as authorized by the Nevada Rules of Civil Procedure except that portion regarding the time allowed for discovery as is made a part of the agreements set forth herein.

9. IT IS FURTHER STIPULATED AND AGREED that this agreement was formulated and prepared as a mutual effort by the undersigned attorneys; thus, this agreement is not to be construed or interpreted against any party.

10. IT IS FURTHER STIPULATED AND AGREED that if any disputes arise, either pre- or post-Award, the parties shall submit their disputes to the Arbitrator for his/her determination and shall be bound by any rulings made by the Arbitrator on such issues.

11. IT IS FURTHER STIPULATED AND AGREED that the parties shall submit their Arbitration Briefs to the Arbitrator and the opposing party no later than three (3) days before the Arbitration Hearing, including a list of witnesses and exhibits.

12. IT IS FURTHER STIPULATED AND AGREED that neither counsel nor the parties may communicate directly with the Arbitrator regarding the merits of the case except in the presence of or with reasonable notice to all parties involved.

13. IT IS FURTHER STIPULATED AND AGREED that no offer or demand made by the parties shall be disclosed to the Arbitrator; and

14. IT IS FURTHER STIPULATED AND AGREED that the parties shall abide by the rules and regulations of the Nevada Revised Statutes, Nevada Rules of Civil Procedure and Nevada Arbitration Rules to the extent that said statutes and rules are not inconsistent with the

1  expressed terms of this Agreement.

2      15. IT IS FURTHER STIPULATED AND AGREED that the parties will endeavor to

3  conduct the Arbitration Hearing within 6 months from the date of finalizing this Stipulation.

4      16. IT IS FURTHER STIPULATED AND AGREED that the arbitrator will issue an

5  award based on the total value of the claims of NOVELLA WELLINGTON and, thereafter, the

6  parties will deduct the $100,000 offset due American Family Mutual Insurance, from the

7  tortfeasor's insurance policy, from said award by the arbitrator.

DATED this 2nd day of August, 2010.

ATKIN WINNER & SHERROD

_____
Thomas E. Winner
Nevada Bar No. 5168
Matthew Douglas
Nevada Bar No. 11371
1117 S. Rancho Drive
Las Vegas, Nevada 89102
Attorneys for AMERICAN FAMILY

HARDING LAW OFFICES

_____
Sam Harding
Harding Law Offices
1100 E. Bridger
Las Vegas, NV 89101
Attorney for Plaintiff

IT IS SO ORDERED this 13th day of August, 2010.

_____
Gloria M. Navarro
United States District Judge

Page 4 of 4